UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| STACY NUSS, as independent administrator of the ESTATE OF CODY BRITTAIN, <br>     *Plaintiff*, <br><br> vs. <br><br> CITY OF SEVEN POINTS, TEXAS, and CHIEF RAYMOND WENNERSTROM, JR., SERGEANT BRANDON YOUNG, OFFICER MATTHEW GREINER, OFFICER FRANCISCO GOMEZ, and CHELSEA BEE TAYLOR, in their individual capacities, <br>     *Defendants*. | CIVIL ACTION NUMBER: <br> 3:18-cv-02192-X |

## DEFENDANTS' JOINT NOTICE TO COURT OF RECENT FIFTH CIRCUIT OPINION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant CITY OF SEVEN POINTS, TEXAS, and Defendants CHIEF RAYMOND WENNERSTROM, JR., SERGEANT BRANDON YOUNG, OFFICER MATTHEW GREINER, OFFICER FRANCISCO GOMEZ, and CHELSEA BEE TAYLOR, in their individual capacities, and file this their Joint Notice to Court of Recent Fifth Circuit Opinion, and would respectfully show the Court as follows:

1. Defendants respectfully bring to the Court's attention the recent Fifth Circuit opinion of *Valentine v. Collier*, 2020 U.S. App. LEXIS 32325 (Oct. 13, 2020). In this opinion, with Circuit Judge Don R. Willett writing for the panel, the Fifth Circuit addressed the high standard of deliberate indifference in an Eighth Amendment claim and addressed the proper trial court analysis. While the case at hand is a Fourteenth Amendment claim, the standards for trial court review are analogous. *See Hare v. City of Corinth*, 74 F.3d 633, 644-46 (5th Cir. 1996).

Respectfully submitted,

**BOON CALK ECHOLS COLEMAN & GOOLSBY, PLLC**
1800 NW Loop 281, Suite 303
Longview, Texas 75604
(903) 759-2200 - telephone
(903) 759-3306 - facsimile

BY: */s/ Darren K. Coleman*
Darren K. Coleman
SBN: 04558570
darren.coleman@boonlaw.com

*ATTORNEYS FOR DEFENDANT MATTHEW GREINER*

**RITCHESON, LAUFFER & VINCENT**
A Professional Corporation
Two American Center
821 ESE Loop 323, Suite 530
Tyler, Texas 75701
(903) 535-2900
(903) 533-8646 (FAX)

By:   */s/ Lance Vincent*
**LANCE VINCENT**
State Bar No. 20585520
lancev@rllawfirm.net

**DOUGLAS A. RITCHESON**
State Bar No. 24076650
dougr@rllawfirm.net

*ATTORNEYS FOR DEFENDANTS CITY OF SEVEN POINTS, TEXAS, RAYMOND WENNERSTROM, JR., BRANDON YOUNG, FRANCISCO GOMEZ and CHELSEA BEE TAYLOR*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all counsel of record via ECF electronic filing on this the 14th day of October 2020.

                                        *Darren K. Coleman*
                                        DARREN K. COLEMAN